# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL NAVARRO, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>C.R. ENGLAND, INC., a Corporation; KYLIE GARCIA, an individual residing in California; and DOES 1 through 50,<br><br>　　　　Defendants. | Case No: 2:21-cv-04563 RAO<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE AND PROCEED TO INDIVIDUAL ARBITRATION**<br><br>Action Filed: May 3, 2021<br>Complaint Served: May 4, 2021<br>Removal Date: June 2, 2021<br>Trial Date: None Set |

Upon consideration of the Parties' Stipulation to Dismiss Case and Proceed to Individual Arbitration, the Court GRANTS the Stipulation. The case is therefore dismissed without prejudice and the Parties are directed to resolve their dispute in individual arbitration consistent with the terms set forth in the Stipulation.

**IT IS SO ORDERED.**

Dated: June 21, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Rozella A. Oliver
　　　　　　　　　　　　　　　　　United States Magistrate Judge